1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STACI A. GORETTI,

           Plaintiff,

    vs.

SAFEWAY, INC. and SAFEWAY
STORES, INC. of WASHINGTON,

           Defendants.

Cause No.: 2:17-cv-01548

AGREED STIPULATION AND
ORDER TO EXTEND TIME FOR INITIAL
DISCLOSURES

TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN
        DISTRICT OF WASHINGTON AT SEATTLE
TO:    JOHN T. KUGLER, ATTORNEY FOR DEFENDANT

**AGREED STIPULATION**

It is hereby stipulated pursuant to FRCP 26 (a) (1) (C) between the parties and

by their respective counsel of record that the time for initial disclosures in the above-

entitled case be extended until December 11, 2017 due to an illness requiring recent

hospital care of Plaintiff's counsel and an emergent family issue for defense counsel

requiring temporary absence from the country.  This stipulation is offered in order to

provide adequate time for the parties to more fully and completely exchange information

AGREED STIPULATION AND ORDER - 1 -

Law Offices of
Christopher R. McLeod
P.O. Box 65252, University Place, WA 98464
PH: 253.476.2220  FAX: 253.476.0075

1  so as to spare the court the necessity of hearing or considering avoidable motions on

2  timeliness or other related matters, and is offered as a one-time solution to an

3
4  unforeseen delay that was beyond the control of either party.

5

6  THE LAW OFFICES OF                    TURNER KUGLER LAW FIRM
   CHRISTOPHER R. McLEOD               JOHN T. KUGLER
7

8
9

10  Christopher R. McLeod        Date 11/25/17    John T. Kugler        Date 11/27/17
11  WSBA #14190                                   WSBA #19960

12

13                                   **ORDER**
14        Based on the foregoing stipulation by counsel, IT IS HEREBY ORDERED,
15
16  ADJUDGED AND DECREED that the court-ordered time for initial disclosures in the

17  above-entitled matter

18      [X]   is
19
20      [ ]   is not

21        extended until Monday, December 11, 2017.

22

23  DATED this 27th day of November, 2017.

24

25

26

27        Judge James L. Robart
28        United States District Court Judge

29

30

31  AGREED STIPULATION AND ORDER - 2 -

1
2   THE LAW OFFICES OF
    CHRISTOPHER R. McLEOD

3
4   _____

5   Christopher R. McLeod          Date
6   WSBA #14190                    11/25/17

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

AGREED STIPULATION AND ORDER - 3 -

TURNER KUGLER LAW FIRM
JOHN T. KUGLER


_____

John T. Kugler          Date
WSBA #19960             11/27/17


Law Offices of
Christopher R. McLeod
P.O. Box 65252, University Place, WA 98464
PH: 253.476.2220  FAX: 253.476.0075